# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 30, 2025

## NO. 03-23-00280-CV

**Affirmation Holdings, LLC, Appellant**

**v.**

**Windsor at Barton Creek, LP; CWS Apartment Homes, LLC; CWS Capital Partners, LLC; Matt Pohl; and Forrest Bass, Appellees**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the final judgment signed by the trial court on April 4, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.